AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| KEITH BOWDEN, on Behalf of Himself and all Others Similarly Situated,<br><br>*Plaintiff(s)*<br>v.<br>CONTRACT CALLERS, INC.,<br><br>*Defendant(s)* | Civil Action No. C-16-6171-KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Contract Callers, Inc.
501 Greene Street 3rd Floor, Suite 302
Augusta, GA 30901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joel D. Smith
Bursor & Fisher, P.A.
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*
*Susan Y. Soong*

Date: October 25, 2016

*Signature of Clerk or Deputy Clerk*