IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BOWDEN,<br><br>        Plaintiff,<br><br>  v.<br><br>CONTRACT CALLERS, INC.,<br><br>        Defendant. | Case No. 16-cv-06171-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

On November 9, 2016, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of his Complaint, filed October 25, 2016.

**IT IS SO ORDERED.**

Dated: November 18, 2016

                                              MAXINE M. CHESNEY<br>                                              United States District Judge