# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BOWDEN, on Behalf of Himself and all Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>CONTRACT CALLERS, INC.,<br><br>　　　　　　　　Defendant. | Case No. 16-cv-06171-MMC<br><br>[PROPOSED] ORDER GRANTING L.R. 6-2 STIPULATION TO MODIFY BRIEFING SCHEDULE FOR ANY MOTION FILED IN LIEU OF ANSWER |

Having considered the parties' L.R. 6-2 stipulation to modify the briefing schedule for any motion filed by Defendant in lieu of an Answer, and good cause having been shown, the Court rules as follows:

The stipulation is approved. The Opposition to any motion filed by Defendant in lieu of an Answer shall be filed by January 12, 2017, with any reply due two weeks later.

IT IS SO ORDERED.

DATED:  November 22, 2016

　　　　　　　　　　　　　　　　　　　　Hon. Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　United States District Judge

{00057591;1}