UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BOWDEN, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>  vs.<br><br>CONTRACT CALLERS, INC.<br><br>            Defendant. | Case No.: 16-cv-06171-MMC<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE; DIRECTIONS TO PARTIES<br>Date: January 27, 2017<br>Time: 10:30 a.m.<br>Ctrm: 7 |

     Upon consideration of Defendant's Motion to Attend the Case Management Conference on January 27, 2017, by Telephone, and good cause having been shown, it is hereby ORDERED that:

     1.    Defendant's Motion to Attend the Case Management Conference on January 27, 2017, by Telephone is granted.

     2.    All ~~Defendant's~~ counsel shall ~~be permitted to~~ participate by telephone at the Case Management Conference, which is scheduled for January 27, 2017, at 10:30 a.m. in Courtroom 7, 19th, Floor in San Francisco, California.

Dated:   January 20, 2017                  /s/ Maxine M. Chesney
                                                            Hon. Maxine M. Chesney
                                                             UNITED STATES DISTRICT JUDGE

{00060470;1}