**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
        jsmith@bursor.com
        ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BOWDEN, on Behalf of Himself and all Others Similarly Situated, | Case No.  3:16-cv-06171-MMC |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STAY** |
| v. | |
| CONTRACT CALLERS, INC., | Date:   March 10, 2017 |
| Defendant. | Time:   9:00 a.m. |
| | Courtroom No. 7, 19th floor |
| | Judge: Hon. Maxine M. Chesney |

RJN IN SUPPORT OF OPPOSITION TO MOTION TO STAY
CASE NO: 3:16-CV-06171-MMC

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that Plaintiff respectfully request that the Court take judicial

3   notice of the documents and matters set forth below (together with their contents) pursuant to

4   Federal Rule of Evidence 201.  Rule 201 permits courts to take judicial notice of facts that "can be

5   accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

6   FED. R. CIV. PROC. 201(b)(2).  Under Rule 201, a court may take judicial notice of court records.

7   *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) ("a court may take judicial notice of

8   'matters of public record'"); *Headwaters Inc. v. U.S. Forest Serv.*, 399 F.3d 1047, 1051 n. 3 (9th

9   Cir. 2005) (taking judicial notice of a docket of another court); *Zimmerman v. Allstate Ins. Co.*,

10  2013 WL 12114838, at *6-7 (C.D. Cal. Dec. 5, 2013) (taking judicial notice of complaint filed in

11  another action).

12         Accordingly, Plaintiff respectfully asks the Court to take judicial notice of

13  the following document, which is attached as **Exhibit 3** to the Declaration of Joel D. Smith in

14  Support of Opposition to Defendant's Motion to Stay, and which are available from the court docket

15  in *Reyes v. Educational Credit Management Corporation*, S.D. Cal. Case No. 3:15-cv-00628:

16         1.      Declaration of Jennifer Skerbinc (Doc. No. 28-12).

17

18  Dated:  February 17, 2017                    **BURSOR & FISHER, P.A.**

19                                              By:    */s/ Joel D. Smith*
20                                                        Joel D. Smith

21                                              L. Timothy Fisher (State Bar No. 191626)
                                                Joel D. Smith (State Bar No. 244902)
22                                              Yeremey O. Krivoshey (State Bar No.295032)
                                                1990 North California Blvd., Suite 940
23                                              Walnut Creek, CA  94596
                                                Telephone: (925) 300-4455
24                                              Email:  ltfisher@bursor.com
                                                          ykrivoshey@bursor.com
25
                                                **BURSOR & FISHER, P.A.**
26                                              Scott A. Bursor (State Bar No. 276006)
                                                888 Seventh Avenue
27                                              New York, NY  10019
                                                Telephone: (212) 989-9113
28

Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28