IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BOWDEN,<br><br>  Plaintiff,<br><br> v.<br><br>CONTRACT CALLERS, INC.,<br><br>  Defendant. | Case No. 16-cv-06171-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO STAY** |

Before the Court is defendant Contract Callers, Inc.'s "Motion to Stay," filed February 3, 2017. Plaintiff Keith Bowden has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for March 10, 2017.

**IT IS SO ORDERED.**

Dated: March 3, 2017

MAXINE M. CHESNEY
United States District Judge