**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
           jsmith@bursor.com
           ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BOWDEN, on Behalf of Himself and all Others Similarly Situated,<br><br>                              Plaintiff,<br>     v.<br><br>CONTRACT CALLERS, INC.,<br><br>                              Defendant. | Case No.  3:16-cv-06171-MMC<br><br>**DECLARATION OF JOEL D. SMITH IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br><br>Date:         August 3, 2018<br>Time:        9:00 a.m.<br>Courtroom:  7<br><br>Judge:       Hon. Maxine M. Chesney |

I, Joel D. Smith, declare:

1. I am a partner in the law firm of Bursor & Fisher, P.A., counsel to Plaintiff. I make this declaration in support of my Motion to Withdraw as Counsel of Record for Plaintiff. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. Shortly after the March 16, 2018 decision in *ACA Int'l v. Fed. Commc'n Comm'n*, No. 15-1211 (D.C. Cir. 2015), I contacted Mr. Bowden by phone and email to discuss the status of the case and asked him to contact me. By May 10, 2018, I had called and emailed Mr. Bowden four times, but received no response. On May 7, 2018, I called a fifth time and a woman picked up the phone and told me she did not know Mr. Bowden and that his phone number had been recently been reassigned to her. Mr. Bowden had never provided me with a new phone number.

3. By May 10, I also had sent four emails to Mr. Bowden and tried to contact him by Facebook, asking him to contact me as soon as possible.

4. On May 22, 2018, I sent Mr. Bowden a letter and email explaining that because of the lack of responsiveness, I reluctantly intended to file a motion to withdraw as counsel for record. I provided my personal cell phone and asked Mr. Bowden to immediately contact me, including on weekends or after hours, if he still wanted to pursue the matter. I received no response.

5. Because I did not know what happened to Mr. Bowden or why he had become unresponsive, my firm retained a private investigator to help find him. On May 24, 2018, the private investigator provided a home address that matched the address where I believed Plaintiff lived, although it is uncertain whether Plaintiff still lives there because he never responded to physical mail sent to that address. The investigator also identified another email address and other phone numbers potentially associated with Mr. Bowden. I then tried but was unable to reach Mr. Bowden through those alternative means.

6. On June 8, 2018, I emailed a draft of the notice of motion to withdraw, motion and supporting memorandum, and explained that I would file the papers on or shortly after June 15, 2018, unless Mr. Bowden contacted me before then. As of June 15, 2018, I received no response.

1       I declare under penalty of perjury under the laws of the State of California that the foregoing
2 is true and correct to the best of my knowledge.  Executed June 15, 2018, at Walnut Creek,
3 California.

4                                                         */s/ Joel D. Smith*
5                                                            Joel D. Smith