IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BOWDEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONTRACT CALLERS, INC.,<br><br>　　　　Defendant. | Case No. 16-cv-06171-MMC<br><br>**ORDER DIRECTING PLAINTIFF'S COUNSEL TO SERVE MOTION TO WITHDRAW**<br><br>Re: Dkt. No. 41 |

Before the Court is the "Motion to Withdraw as Counsel," filed June 15, 2018, by Bursor & Fisher, P.A, plaintiff's counsel of record. Although a declaration offered in support of the motion states a draft of the motion was emailed to plaintiff (see Smith Decl. ¶ 6), the Court finds it preferable that a copy of the filed motion be mailed to plaintiff as well.

Accordingly, plaintiff's counsel is hereby DIRECTED to mail a copy of the motion to plaintiff's last known address, and to file proof of such service no later than June 22, 2018.

**IT IS SO ORDERED.**

Dated: June 15, 2018

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge