**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         jsmith@bursor.com
         ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BOWDEN, on Behalf of Himself and all Others Similarly Situated,<br><br>                    Plaintiff,<br>   v.<br><br>CONTRACT CALLERS, INC.,<br><br>                Defendant. | Case No.  3:16-cv-06171-MMC<br><br>**PROOF OF SERVICE RE MOTION TO WITHDRAW AS COUNSEL**<br><br>Date:      August 3, 2018<br>Time:      9:00 a.m.<br>Courtroom:  7<br><br>Judge:     Hon. Maxine M. Chesney |

1

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Bursor & Fisher, P.A., 1990 North California Blvd., Suite 940, Walnut Creek, CA  94596.  On June 18, 2018, I served the following <u>filed</u> documents (i.e., with ECF file stamps, as they appear on the docket):

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**

**DECLARATION OF JOEL D. SMITH IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

☒  by placing a copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

Keith Bowden
1623 61st Avenue, Apt. C
Oakland, CA 94621-4271

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on, June 18, 2018, at Walnut Creek, California.

*Debbie Schroeder*

_____
Debbie Schroeder